BRUCE R. BOYDEN
Attorney at Law
W. 621 Mallon
Suite 607 Flour Mill
Spokane, WA  99201
(509)  327-3457

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:  CELEBRITY CASINOS, LLC        )
                                      )
                                      )   No. 05-11381
                                      )
                                      )   TENDER OF SMALL DIVIDENDS
                                      )   PURSUANT TO BRCP 3010
            Debtor(s).                )
_____        )

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

There is tendered herewith the sum of $ 9.75 being monies which represents small distribution in this case under $5.00.  The person(s) entitled to these funds are as follows:

| Name | Address | Amount |
|---|---|---|
| The Spokesman Review | C/O Szabo Associates | $3.66 |
|  | 3355 Lenox Rd, Alanata, GA 30326 |  |
| Hagadone Directories | C/OHunter Law Office LLC | $3.03 |
|  | 620 N. Emerson Ave, Ste 302 Wenatchce WA 98801 |  |
| Power City Electric | P.O. Box 2507 Spokane WA 99220 | $.57 |
| Dept. of Revenue | 2104 4th Ave. Seattle. WA 98121 | $.67 |
| Dept of L & I | P.O. Box 44170, Olympia WA 98514 | $.74 |
| Ecolab | Ecolab Center, St Paul MN 55102 | $.68 |
| Jobil Distributors, LLC | P.O> Box , Pasco WA 99302 | $.40 |

This tender is made in accordance with 11 U.S.C. 347(a).

DATED this 3rd day of February, 2011.

                    /s/Bruce R. Boyden
                    BRUCE R. BOYDEN

TENDER OF UNCLAIMED FUNDS

Trustee

TENDER OF UNCLAIMED FUNDS

05-11381-PCW7    Doc 85    Filed 02/03/11    Entered 02/03/11 11:59:43    Pg 2 of 2